# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MELISSA VIRGINIA WEIKEL,

          Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

          Defendant.

_____/

Case No. 1:16-cv-01336-SKO

**ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

(Doc. 2)

## ORDER

Plaintiff Angelina Mora filed a complaint on September 11, 2016, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.     The Clerk of Court is DIRECTED to issue a summons; and

3.     The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   __September 13, 2016__          _____/s/ *Sheila K. Oberto*_____
                                           UNITED STATES MAGISTRATE JUDGE