# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA VIRGINIA WEIKEL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant.<br>_____/ | Case No. 1:16-cv-01336-SKO<br><br>**ORDER EXTENDING DEADLINES**<br><br>**(Doc. 16)** |

Before the Court is the parties' joint Stipulation and Proposed Order (the "Request"), in which the parties request an extension of the briefing schedule in this case. (Doc. 16.) For good cause shown, the Court GRANTS this Request. (*Id.*) Accordingly, the Court ORDERS that the deadline for Plaintiff to file her opening brief is EXTENDED from April 24, 2017 to May 24, 2017. The Court also ORDERS that the remaining briefing deadlines in this matter, (*see* Doc. 5), are EXTENDED to accord with the extension provided in this Order.

IT IS SO ORDERED.

Dated: __**April 27, 2017**__                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE