PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-mail: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MELISSA VIRGINIA WEIKEL, | Case No.: 1:16-cv-01336-SKO |
| Plaintiff, | **ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME** |
| vs. | **(Doc. 22)** |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Parties' Stipulation for Extension of Time (Doc. 22), IT IS HEREBY ORDERED that Defendant has until July 26, 2017, to submit her response to Plaintiff's Opening Brief. All other dates in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **June 19, 2017**  /s/ *Sheila K. Oberto*

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should automatically be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. *See* 42 U.S.C. § 405(g).

Order Granting Stipulated Request for Extension of Time; 1:16-cv-01336-SKO

UNITED STATES MAGISTRATE JUDGE

Order Granting Stipulated Request for Extension of Time; 1:16-cv-01336-SKO